Same case below, 320 S.W.3d 377.

**No. 10-1493. Mark Brown, Petitioner v. City of Upper Arlington, Ohio.**

565 U.S. 824, 132 S. Ct. 114, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5552.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 637 F.3d 668.

**No. 10-1494. Brian J. Cesar, Petitioner v. City of Sheboygan, Wisconsin.**

565 U.S. 824, 132 S. Ct. 114, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5634.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

Same case below, 330 Wis. 2d 760, 796 N.W.2d 429.

**No. 10-1495. Darlene Sammarco, Petitioner v. Cal Ludeman, et al.**

565 U.S. 824, 132 S. Ct. 114, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5625,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 397 Fed. Appx. 260.

**No. 10-1496. John S. Karls, Petitioner v. The Bank of New York, et al.**

565 U.S. 824, 132 S. Ct. 114, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5866.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 10-1497. David Bledsoe, et al., Petitioners v. Emery Worldwide Airlines, Inc., et al.**

565 U.S. 825, 132 S. Ct. 114, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5422.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 635 F.3d 836.

**No. 10-1498. Emmanuel Morris, Petitioner v. Virginia.**

565 U.S. 825, 132 S. Ct. 115, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5486.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 281 Va. 70, 705 S.E.2d 503.

**No. 10-1501. Robert H. Katyle, et al., Petitioners v. Penn National Gaming, Incorporated, et al.**

565 U.S. 825, 132 S. Ct. 115, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5324.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 637 F.3d 462.